# United States District Court

WESTERN DISTRICT OF WASHINGTON

TIMOTHY CHARLES GOLWAY,
        Plaintiff,
   v.

LINDA S. MCMAHON,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5076RBL

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's motion is GRANTED and this matter is DISMISSED.

March 7, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk